IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHIRAG AMIN,

                                                          ORDER

                 Petitioner,

                                                     08-cv-717-bbc

     V.

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,
MATT L. VAN NEST, JON
MCGEE, ADAM BEDNARZ and
JONATHAN KAPNER,

                 Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Petitioner Chirag "Craig" Amin filed this civil action on December 11, 2008, invoking this court's diversity jurisdiction.  Plaintiff brings state claims against respondents Cellco Partnership d/b/a Verizon Wireless, Matt L. Van Nest, Jon McGee, Adam Bednarz and Jonathan Kapner regarding a cellular phone service agreement petitioner entered into with respondent Verizon Wireless.  He alleges in part that respondents misrepresented their cell phone service, inducing petitioner to enter into the agreement, breached the contract once it was signed and billed him erroneously.

       In an order entered on December 24, 2008, I directed petitioner to rectify the

1

deficiencies in his complaint by submitting to this court no later than January 12, 2009, facts verifying the diversity of citizenship between himself and each respondent, and additional allegations from which the court would be able to ascertain that the amount in controversy exceeds $75,000.  Petitioner was warned that failure to submit this material by the January 12, 2009 deadline would mean dismissal of his action for lack of subject matter jurisdiction.  He has failed to submit this material, so I must dismiss this case.

ORDER

IT IS ORDERED that petitioner Chirag Amin's action is DISMISSED for lack of subject matter jurisdiction.  The clerk of court is directed to enter judgment dismissing the case.

Entered this 21st day of January, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2