# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHIRAG AMIN,

                  Petitioner,

      v.

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,
MATT L. VAN NEST, JON
MCGEE, ADAM BEDNARZ and
JONATHAN KAPNER,

                  Respondents.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-717-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____1/21/09_____
**Date**